BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARMJIT KAUR CHAHAL<br>xx-xxx-7519<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SSA<br><br>Defendant. | Case No. 15-cv-01701-AC<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from January 29, 2016, to March 4, 2016, with all other deadlines extended accordingly.   This extension is required due to the counsel's crowded briefing schedule.

/ / / /

/ / / /

/ / / /

| | | |
|---|---|---|
| Dated: January 29, 2016 | | /s/*Bess M. Brewer* <br> BESS M. BREWER <br> Attorney at Law |
| | | Attorney for Plaintiff |
| Dated: January 29, 2016 | | Benjamin B. Wagner <br> United States Attorney |
| | | Deborah Lee Stachel <br> Acting Regional Chief Counsel, Region IX <br> Social Security Administration |
| | | /s/ Michael K Marriott <br> Michael K. Marriott |
| | | Special Assistant United States Attorney <br> Of Counsel: Amanda Schapel |
| | | Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: February 1, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2