UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARMJIT KAUR CHAHAL,<br><br>        Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of the Social Security<br>Administration,<br><br>        Defendant. | No. 2:15-cv-01701 AC<br><br><br>ORDER |

Plaintiff has filed a motion or application seeking attorney's fees under the Equal Access to Justice Act ("EAJA") 28 U.S.C. § 2412(d). ECF No. 17. Accordingly, IT IS HEREBY ORDERED that defendant shall file a response not later than 30 days from the date of this order. Plaintiff's Reply, if any, shall be filed no later than 14 days from the date defendant's response is filed.

DATED: July 11, 2017

_Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE