BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517
besshelena@earthlink.net
Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PARMJIT KAUR CHAHAL** ) <br> ) <br> ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> ) <br> **NANCY A. BERRYHILL,** ) <br> **ACTING COMMISSIONER OF SSA,** ) <br> **Defendant.** ) <br> ) | Case No. 15-cv-01701-AC <br><br> ~~PROPOSED~~ **ORDER APPROVING SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |

**~~PROPOSED~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall be awarded attorney fees in the amount of in the amount of FIVE THOUSAND DOLLARS AND ZERO ENTS (**$5,000.00**), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATED: August 1, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE